AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| DESIREE DOWLING,<br><br>    Plaintiff,<br><br>           v.<br><br>HARBOR VIEW SATILLA LLC and<br>CEDARWOOD MANAGEMENT LLC,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: 5:25-cv-084 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, upon the parties' joint motion, and in accordance with the Order entered December 10, 2025, this case is dismissed with prejudice and stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 15, 2025
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020